**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Justin Richard WRIGHT, Defendant–Appellant.**

**No. 00–4660.**

United States Court of Appeals, Fourth Circuit.

Submitted April 3, 2001.

Decided April 19, 2001.

Thomas P. McNamara, Federal Public Defender, Stephen C. Gordon, Assistant Federal Public Defender, Raleigh, NC, for appellant. Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Raleigh, NC, for appellee.

---

Before WIDENER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Justin R. Wright appeals the district court's imposition of a twenty-four month sentence of imprisonment after revocation of Wright's probation. We have reviewed the record and the district court's judgment and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Wright*, No. CR–98–97–F (E.D.N.C. Sept. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*